UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **HEGNA, DAVID G.** | ) Bankruptcy Case No. 16-80076 TML |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HEGNA, DAVID G.
860 MARIE AVENUE
MACHESNEY PARK, IL 61115

DANIEL A SPRINGER
GERACI LAW L.L.C.
55 E. MONROE ST. SUITE 3400
CHICAGO, IL 60603
*(Via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

OSF Saint Anthony Medical Center
c/o Victoria R. Glidden
Hinshaw & Culbertson LLP, POB 1389
Rockford, IL 61105

IRS
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

American InfoSource LP as agent for
US Cellular
PO Box 248838
Oklahoma City, OK 73124-8838

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com